UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF:  )    4:20 MJ 8005 SRW
The entire premises located at 7259 Gadwall )
Way, O'Fallon, Missouri 63368, and any person )    **FILED UNDER SEAL**
located at the SUBJECT PREMISES )

## MOTION FOR SEALING ORDER

COMES NOW the United States of America, by and through its attorneys the United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, and moves this Court for an order directing that the search warrant, along with its application, affidavit, and return, entered by this Court be sealed until March 14, 2021, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the Government provides the following facts, establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical:

Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public, the Government requests that the affidavit and the accompanying search-warrant documents be sealed for the stated period of time.

WHEREFORE, for the reasons stated above, the Government respectfully requests that the search warrant, along with its application, affidavit, and return, be sealed until March 14, 2021.

Dated this ____15th____ day of September, 2020.

                                                Respectfully submitted,

                                                JEFFREY B. JENSEN
                                                United States Attorney

                                                _s/___Jillian Anderson_____
                                                JILLIAN ANDERSON, #53918MO
                                                Assistant United States Attorney