UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF: )
The entire premises located at 7259 Gadwall )
Way, O'Fallon, Missouri 63368, and any person )
located at the SUBJECT PREMISES )

No. 4:20 MJ 8005 SRW

**FILED UNDER SEAL**

## ORDER

On motion of the United States of America, IT IS HEREBY ORDERED that the search warrant, along with its application, affidavit, and return, and this Order issued thereto, be sealed until March 14, 2021, except for the limited purposes of providing same to defendant counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the Government establishing that: (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

_____
STEPHEN R. WELBY
United States Magistrate Judge

Dated this ___15TH___ day of September, 2020.