# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> The entire premises located at 7259 Gadwall ) <br> Way, O'Fallon, Missouri 63368, and any ) <br> person located at the SUBJECT PREMISES ) <br> ) <br> ) | No. 4:20 MJ 8005 SRW |

## MOTION FOR CONTINUED SEALING

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, and moves this Court for an order directing that the search warrant, along with its application, affidavit, and return, entered by this Court continue to be sealed until August 3, 2021, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the Government provides the following facts, establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical:

Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public, the Government requests that the affidavit and the accompanying search-warrant documents be sealed for the stated period of time.

WHEREFORE, for the reasons stated above, the Government respectfully requests that the search warrant, along with its application, affidavit, and return, continue to be sealed until August 3, 2021.

Dated this  9th  day of March, 2021.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


 /s/Jillian Anderson
JILLIAN ANDERSON, #53918MO
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>The entire premises located at 7259 Gadwall Way, O'Fallon, Missouri 63368, and any person located at the SUBJECT PREMISES | )<br>)<br>)   No.   4:20 MJ 8005 SRW<br>)<br>)<br>)<br>)<br>) |

## ORDER OR CONTINUED SEALING

On motion of the United States of America, IT IS HEREBY ORDERED that the search warrant, along with its application, affidavit, and return, and this Order issued thereto, continue to be sealed until August 3, 2021, except for the limited purposes of providing same to defendant counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the Government establishing that: (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

_____
HONORABLE STEPHEN R. WELBY
United States Magistrate Judge

Dated: This _____ day of March 2021