# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> The entire premises located at 7259 Gadwall ) <br> Way, O'Fallon, Missouri 63368, and any ) <br> person located at the SUBJECT PREMISES ) <br> ) <br> ) | No. 4:20 MJ 8005 SRW |

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant(s) along with the application, affidavit, return and other related documents filed in this matter.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


 /s/Jillian Anderson
JILLIAN ANDERSON, #53918MO
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF The entire premises located at 7259 Gadwall Way, O'Fallon, Missouri 63368, and any person located at the SUBJECT PREMISES | No.   4:20 MJ 8005 SRW |

## ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, requesting the unsealing of the search warrant(s) along with its affidavit, application and return and other related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed, be unsealed.

_____
HONORABLE STEPHEN R. WELBY
United States Magistrate Judge

Dated: This _____ day of July 2021